United States District Court

Eastern District of California

United States of America,

    Plaintiff,           No. Mag. 06-39 DAD

  vs.                  Detention Order

Joshua Klomp,

    Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  <u> x </u>    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  <u> x </u>    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

        the safety of any other person and the community.

C.    <u>Findings Of Fact</u>

    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  <u> x </u>       (1)  Nature and Circumstances of the offense charged.

        <u> x </u>    (a)  The crime: <u>Distribution of child pornogrpahy.</u>

        <u>    </u>    (b)  The offense is a crime of violence.

        <u>    </u>    (c)  The offense involves a narcotic.

        <u>    </u>    (d)  The offense involves a large amount of controlled substances.

<u>    </u>    (2)  The weight of the evidence against the defendant is high.

<u> x </u>    (3)  The history and characteristics of the defendant including:

    <u>    </u> (a)  General Factors:

        <u>    </u>    The defendant appears to have a mental condition which may affect whether the defendant will appear.

        <u>    </u>    The defendant has no family ties in the area.

        <u> x </u>    The defendant has no steady employment.

        <u> x </u>    The defendant has no substantial financial resources.

        <u>    </u>    The defendant is not a long time resident of the community.

        <u>    </u>    The defendant does not have any significant community ties.

        <u> x </u>    Past conduct of the defendant: <u>Conviction for lewd act with child under 14 years; probation violation for failure to</u>

|   |   |   |
|---|---|---|
| 1 | | <u>register as sex offender.</u> |
| 2 | \_\_\_\_\_ | The defendant has a history relating to drug abuse. |
| 3 | | |
| 4 | \_\_\_\_\_ | The defendant has a significant prior criminal record. |
| 5 | \_\_\_\_\_ | The defendant has a prior record of failure to appear at court proceedings. |

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

\_\_\_\_\_   Probation.

\_\_\_\_\_   Parole.

\_\_\_\_\_   Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

\_\_\_\_\_   The defendant is an illegal alien and is subject to deportation.

\_\_\_\_\_   The defendant is a legal alien and will be subject to deportation if convicted.

\_\_\_\_\_   Other:

  x    (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

\_\_\_\_\_   (a) (1) The crime charged is one described in § 3142(f)(1)

\_\_\_\_\_   (A) a crime of violence; or

\_\_\_\_\_   (B) an offense for which the maximum penalty is life imprisonment or death; or

|   |   | (C) | a controlled substance violation that has a maximum penalty of ten years or more; or |
|---|---|---|---|
|   | ___ | (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |

   <u>x</u>   (b)  There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

   ___   in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

   ___   the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

   ___   the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

   ___   an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

   <u>x</u>   an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

4

1   The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the
2   extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
3
    The defendant be afforded reasonable opportunity for private
4   consultation with his counsel; and

5   That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the
6   corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an
7   appearance in connection with a court proceeding.

8
    Dated: February 7, 2006.
9

10
                                              /s/ Peter A. Nowinski
11                                                Peter A. Nowinski
                                                  Magistrate Judge
12