1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2771

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA    )    **Case No: 2:06-cr-0059 MCE**
                               )
12          Plaintiff,         )    **JOINT STIPULATION TO CONTINUE**
                               )    **STATUS CONFERENCE; ORDER**
13          V.                 )
                               )
14 JOSHUA KLOMP,               )
                               )    Date: March 7, 2006
15          Defendant.         )    Time: 8:30 p.m.
                               )
16                             )    Honorable Morrison C. England
   _____ )
17

18      Comes now the United States of America, by and through its
19 counsel of record, McGregor W. Scott, United States Attorney for the
20 Eastern District of California, and Kymberly A. Smith, Assistant
21 United States Attorney for said district, as well as the defendant,
22 represented by Linda Harter, and jointly request that this Court
23 reschedule the status conference currently set for March 7, 2006, due
24 to a scheduling conflict for the government.
25      The parties therefore request that the status conference
26 scheduled for March 7, 2006, be vacated and that the matter be
27 continued to March 14, 2006, at 8:30 a.m.  The parties, also request
28 that time continue to be tolled from March 7, 2006, to and including

                                    1

March 14, 2006, pursuant to Local Code T4.

IT IS SO STIPULATED.

                                Respectfully submitted,

Date: February 24, 2006      /s/ Kymberly A. Smith
                                    Kymberly A. Smith
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America

Date: February 24, 2006      /s/Kymberly A. Smith for Linda Harter
                                    Linda Harter
                                    Attorney for Defendant, Joshua Klomp

**ORDER**

    The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court.  The current status conference date of March 7, 2006, be and the same hereby is, VACATED. A further status conference is now scheduled for March 14, 2006, at 8:30 p.m.

    It is FURTHER ORDERED that the time will continue to be tolled from March 7, 2006, to and including March 14, 2006, pursuant to Local Code T4.

    **IT IS SO ORDERED**.

DATED: March 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE