DANIEL BORDERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA KLOMP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0059 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JOSHUA KLOMP, | ) | |
| | ) | Date:  August 22, 2006 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| | ) | |

_____

It is hereby stipulated between the parties, Kymberly Smith, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant, JOSHUA KLOMP, as follows:

It is agreed that the current Status Conference date of August 8, 2006 be vacated and a new status conference date of August 22, 2006 at 8:30 a.m. be set.

This continuance is requested for ongoing defense investigation and preparation and to accommodate defense counsel's vacation.

It is further stipulated and agreed between the parties that the period beginning August 8, 2006 through and including August 22, 2006

1  should be excluded in computing the time within which the trial of the
2  above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code
6  T4.
7  Dated: July 24, 2006

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSHUA KLOMP


15 Dated: July 24, 2006              MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kymberly Smith
                                    _____
                                    KYMBERLY SMITH
                                    Assistant U.S. Attorney


                             **ORDER**

22 **IT IS SO ORDERED.**

23 Dated: July 25, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

2