1  DANIEL BORDERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSHUA KLOMP
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:06-cr-0059 MCE
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER CONTINUING
13      v.                      ) STATUS CONFERENCE
                                )
14 JOSHUA KLOMP,                )
                                ) Date: October 3, 2006
15              Defendant.      ) Time: 8:30 a.m.
                                ) Judge: Morrison C. England, Jr.
16 _____)

17

18      It is hereby stipulated between the parties, Kymberly Smith,

19 Assistant United States Attorney, attorney for Plaintiff, and Linda

20 Harter, attorney for defendant, JOSHUA KLOMP, as follows:

21      It is agreed that the current Status Conference hearing date of

22 September 12, 2006 be vacated and a new status conference date of

23 October 3, 2006 at 8:30 a.m. be set.

24      This continuance is requested because defense counsel will be in

25 trial in United States v. Ramsey.  Additionally, negotiations are

26 continuing between the parties for possible resolution of Mr. Klomp's

27 case.

28 ///

1       It is further stipulated and agreed between the parties that the
2  period beginning September 12, 2006 through and including October 3,
3  2006 should be excluded in computing the time within which the trial of
4  the above criminal prosecution must commence for purposes of the Speedy
5  Trial Act for defense preparation.  All parties stipulate and agree
6  that this is an appropriate exclusion of time within the meaning of
7  Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code
8  T4.
9  Dated: September 7, 2006

                                         Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                         /s/ Linda C. Harter
                                         _____
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         JOSHUA KLOMP


Dated: September 7, 2006                 MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Kymberly Smith
                                         _____
                                         KYMBERLY SMITH
                                         Assistant U.S. Attorney


                         **ORDER**

**IT IS SO ORDERED.**

Dated: September 8, 2006


                                         _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE


2