```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00059-MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| JOSHUA KLOMP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Joshua Klomp, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    a EMachines E Tower computer, model 600, bearing serial number QAA09E0057866;

    b.    a Fujitsu computer hard drive bearing serial number 01150066;

    c.    a Smart Media Flash Memory Card bearing serial number 52478061; and

    d.    a Max thumb-drive.

///

2. The above-listed property constitutes property used or intended to be used in any manner or part to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.  a. Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Oroville Mercury Register</u> (Butte County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

   b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

   c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an

1  interest in the property that is the subject of the Order of
2  Forfeiture, as a substitute for published notice as to those persons
3  so notified.
4       5.  If a petition is timely filed, upon adjudication of all
5  third-party interests, if any, this Court will enter a Final Order
6  of Forfeiture pursuant to 18 U.S.C. § 2253(a) in which all interests
7  will be addressed.
8       DATED: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE