McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00059-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA KLOMP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on November 1, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a) based upon the plea agreement entered into between plaintiff and defendant Joshua Klomp forfeiting to the United States the following property:

      a.    a EMachines E Tower computer, model 600, bearing serial number QAA09E0057866;

      b.    a Fujitsu computer hard drive bearing serial number 01150066;

      c.    a Smart Media Flash Memory Card bearing serial number 52478061; and

      d.    a Max thumb-drive.

AND WHEREAS, on December 6, 13, and 20, 2006, the United States

published notice of the Court's Preliminary Order of Forfeiture in the <u>Oroville Mercury Register</u> (Butte County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Joshua Klomp.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE