IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00059-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| JOSHUA KLOMP, | ) | |
| Defendant. | ) | **ORDER TRANSFERRING CASES FOR ALL PURPOSES** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-cr-00209-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| JOSHUA KLOMP, | ) | |
| Defendants. | ) | |

Pursuant to the filing of the Notice of Related Cases in case numbers 2:06-cr-00059-DAD, and 2:22-cr-00209-JAM filed on October 21, 2022;

Case number 2:22-cr-00209-JAM is transferred to the docket of District Judge Dale A. Drozd.  To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:22-cr-00209-DAD**

IT IS SO ORDERED.

Dated:  **November 2, 2022**                           _Dale A. Drozd_
                                                                            UNITED STATES DISTRICT JUDGE

1