1 │ PHILLIP A. TALBERT
│ United States Attorney
2 │ SAM STEFANKI
│ Assistant United States Attorney
3 │ 501 I Street, Suite 10-100
│ Sacramento, CA 95814
4 │ Telephone:  (916) 554-2700
│ Facsimile:   (916) 554-2900

5

6 │ Attorneys for Plaintiff
│ United States of America

7

8 │ IN THE UNITED STATES DISTRICT COURT

9 │ EASTERN DISTRICT OF CALIFORNIA

10

11 │ UNITED STATES OF AMERICA,

12 │                          Plaintiff,

13 │              v.

14 │ JOSHUA KLOMP,

15 │                          Defendant.

CASE NOS.   2:22-CR-00209-DAD
                       2:06-CR-00059-DAD

STIPULATION REGARDING SENTENCING AND DISPOSITION; ORDER

DATE: February 14, 2023
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd

16

17 │ **STIPULATION**

18 │ Plaintiff United States of America, by and through its counsel of record, and defendant Joshua

19 │ Klomp, by and through his counsel of record, hereby stipulate as follows:

20 │ 1.      Both of the above-captioned matters are set for respective sentencing and dispositional

21 │ hearings on February 14, 2023.

22 │ 2.      By this stipulation, the parties jointly move to continue the sentencing and dispositional

23 │ hearings until March 21, 2023.

24 │ 3.      The parties also jointly request that the Court set the following briefing schedule for

25 │ preparation of the presentence investigation report (the "PSR"):

26 │           a)      The draft PSR shall be made available on or before February 7, 2023;

27 │           b)      Informal objections to the draft PSR shall be submitted to the probation officer on

28 │ or before February 21, 2023;

STIPULATION AND [PROPOSED] ORDER RE
SENTENCING AND DISPOSITION

1

1    c)    The final PSR shall be filed on or before February 28, 2023;

2    d)    Formal objections to the final PSR shall be filed on or before March 7, 2023;

3    e)    Replies or statements of non-opposition to any such formal objections shall be

4    filed on or before March 14, 2023.

5    4.    The parties agree and stipulate that this proposed revised PSR schedule is needed to

6    provide the assigned probation officer sufficient time to prepare the draft PSR.  The assigned probation

7    officer approves of this revised schedule.

8

9    IT IS SO STIPULATED.

10

11

12    Dated:  January 20, 2023                                    PHILLIP A. TALBERT
                                                                    United States Attorney
13

14                                                                 /s/ SAM STEFANKI
                                                                    SAM STEFANKI
15                                                                 Assistant United States Attorney

16

17    Dated:  January 20, 2023                                    /s/ DOUGLAS BEEVERS
                                                                    DOUGLAS BEEVERS
18                                                                 Counsel for Defendant
                                                                    JOSHUA KLOMP
19

20
                                              **ORDER**
21

22    IT IS SO ORDERED.

23    Dated:   **January 22, 2023**                    _____
                                                        UNITED STATES DISTRICT JUDGE
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE          2
SENTENCING AND DISPOSITION